IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **ANTHONY W. BURTON,** | ) | No. 16-20054 |
| | ) | |
| Debtor(s) | ) | |

### PROOF OF SERVICE

TO:      See Attached List


I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and

Applications for Compensation and Deadline to Object, was sent on January 3, 2018, by

First Class U.S. Mail and/or ECF to the persons shown on the attached service list.


JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                    BY:/s/ Joseph E. Cohen

Case 16-20054   Doc 31   Filed 01/04/18   Entered 01/04/18 08:58:19   Desc Main
Document    Page 2 of 2

**Anthony W. Burton**
38703 Sheridan Rd.,
Suite 191
Beach Park, IL 60099

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**Community Trust Credit Union**
1313 Skokie Hwy
Gurnee, IL 60031-2147