UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| BURTON, ANTHONY W. | § | Case No. 16-20054 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                           Assets Exempt: 79,000.00
*(Without deducting any secured claims)*


Total Distributions to Claimants:  11,663.04     Claims Discharged
                                                 Without Payment:  62,762.61


Total Expenses of Administration:  13,336.96

---

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,336.96 | 13,336.96 | 13,336.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 61,722.00 | 12,703.65 | 12,703.65 | 11,663.04 |
| **TOTAL DISBURSEMENTS** | $ 61,722.00 | $ 26,040.61 | $ 26,040.61 | $ 25,000.00 |

4) This case was originally filed under chapter 7 on 06/20/2016 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/30/2018                By:/s/JOSEPH E. COHEN
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 58.64 | 58.64 | 58.64 |
| Title charges & prorations | 2500-000 | NA | 317.50 | 317.50 | 317.50 |
| Real estate taxes | 2820-000 | NA | 3,859.36 | 3,859.36 | 3,859.36 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL, ATTORNEYS FOR TRUSTEE | 3110-000 | NA | 2,214.50 | 2,214.50 | 2,214.50 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,107.25 | 1,107.25 | 1,107.25 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL, ATTORNEYS FOR TRUSTEE | 3120-000 | NA | 29.71 | 29.71 | 29.71 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):Broker's real estate commission | 3510-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 13,336.96 | $ 13,336.96 | $ 13,336.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware 125 S. West St. Wilmington, DE 19801 | | 4,954.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chasecard Bankruptcy Department PO Box 15298 Wilmington, DE 19850 | | 15,702.00 | NA | NA | 0.00 |
| | Community Trust Credit Union 1263 N 11-83 Grayslake, IL 60030 | | 11,690.00 | NA | NA | 0.00 |
| | Community Trust Cu 1263 N. IL Route 83 Grayslake, IL 60030 | | 12,683.00 | NA | NA | 0.00 |
| | Discover Bank 502 E Market St Greenwood, DE 19950 | | 1,386.00 | NA | NA | 0.00 |
| | Lending Club Corp 71 Stevenson St Ste 300 San Francisco, CA 94105 | | 10,239.00 | NA | NA | 0.00 |
| | Peoples Engy 200 East Randolph Chicago, IL 60601 | | 114.00 | NA | NA | 0.00 |
| | Price Line PO Box 60517 City of Industry, CA 91716 | | 4,954.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | COMMUNITY TRUST CREDIT UNION | 7200-000 | NA | 12,703.65 | 12,703.65 | 11,663.04 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 61,722.00 | $ 12,703.65 | $ 12,703.65 | $ 11,663.04 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 16-20054 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | BURTON, ANTHONY W. | | | | Date Filed (f) or Converted (c): | 06/20/16 (f) |
| | | | | | 341(a) Meeting Date: | 08/04/16 |
| For Period Ending: | 03/30/18 | | | | Claims Bar Date: | 05/11/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Manufactured or mobile home, 38703 Sheridan RoadB | 2,500.00 | 0.00 | | 0.00 | FA |
| 2. Manufactured or mobile home, 2853 Great Falls Hig | 35,000.00 | 0.00 | | 25,000.00 | FA |
| 3. 1998 Dodge Dekota | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. 2003 Harley Davidson FLTH | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods & Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 6. TV & Electronics | 350.00 | 0.00 | | 0.00 | FA |
| 7. Normal Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 8. Community Trust Credit Union | 1,700.00 | 0.00 | | 0.00 | FA |
| 9. ERISA Qualified | 57,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $101,650.00 | $0.00 | | $25,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR HAS BEEN FILED AND A HEARING SET FOR 1/26/18. - 1/9/2018. TRUSTEE SOLD PROPERTY FOR $25,000.00 AND HAS FILED A
REPORT OF SALE WITH THE COURT - 10/30/17. TRUSTEE IS NEGOTIATING FOR SALE OF PROPERTY - 7/30/17. REALTOR EMPLOYED ON
3/21/17 - 4/30/17. AWAITING OFFER ON REAL ESTATE IN SOUTH CAROLINA . TRUSTEE TO EMPLOY ATTORNEY FOR TRUSTEE AND REAL
ESTATE BROKER TO SELL PROPERTY IN SOUTH CAROLINA - 1/11/17. OR MEETING HELD AND TRUSTEE REQUESTED INFO ON SOUTH
CAROLINA PROPERTY FROM DEBTOR - 10/31/16.

Initial Projected Date of Final Report (TFR): 03/31/18      Current Projected Date of Final Report (TFR): 03/31/18

LFORM1

Ver: 20.00h

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 16-20054 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BURTON, ANTHONY W. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0453 Checking Account |
| Taxpayer ID No: | *******8104 | | |
| For Period Ending: | 03/30/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/27/17 | 2 | Patricia Stajin<br>1486 Brown Road<br>Chester, SC 29706 | | | 18,323.14 | | 18,323.14 |
| | | | Memo Amount: 25,000.00<br>Sale proceeds | 1110-000 | | | |
| | | | Sale proceeds<br>Memo Amount: ( 3,859.36 )<br>Real estate taxes | 2820-000 | | | |
| | | | Memo Amount: ( 2,500.00 )<br>Broker's real estate commission | 3510-000 | | | |
| | | | Memo Amount: ( 317.50 )<br>Title charges & prorations | 2500-000 | | | |
| * 01/26/18 | 300001 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees | | | 3,308.64 | 15,014.50 |
| | | | Fees 3,250.00 | 2100-003 | | | |
| | | | Expenses 58.64 | 2200-003 | | | |
| 01/26/18 | 300002 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | | | 2,244.21 | 12,770.29 |
| | | | Fees 2,214.50 | 3110-000 | | | |
| | | | Expenses 29.71 | 3120-000 | | | |
| 01/26/18 | 300003 | JOSEPH E. COHEN, ATTORNEY<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,107.25 | 11,663.04 |
| 01/26/18 | 300004 | Community Trust Credit Union<br>1313 Skokie Hwy<br>Gurnee, IL 60031 | Claim 000001, Payment 91.80857% | 7200-000 | | 11,663.04 | 0.00 |

Page Subtotals 18,323.14 18,323.14

Ver: 20.00h

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-20054 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BURTON, ANTHONY W. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0453 Checking Account |
| Taxpayer ID No: | *******8104 | | |
| For Period Ending: | 03/30/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 01/31/18 | 300001 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees | | | -3,308.64 | 3,308.64 |
| | | | Fees      ( 3,250.00 ) | 2100-003 | | | |
| | | | Expenses  ( 58.64 )    | 2200-003 | | | |
| 01/31/18 | 300005 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees | | | 3,308.64 | 0.00 |
| | | | Fees      3,250.00 | 2100-000 | | | |
| | | | Expenses  58.64    | 2200-000 | | | |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 25,000.00 | COLUMN TOTALS | 18,323.14 | 18,323.14 | 0.00 |
| Memo Allocation Disbursements: | 6,676.86 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 18,323.14 | 18,323.14 | |
| Memo Allocation Net: | 18,323.14 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 18,323.14 | 18,323.14 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 25,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 6,676.86 | Checking Account - ********0453 | 18,323.14 | 18,323.14 | 0.00 |
| Total Memo Allocation Net: | 18,323.14 | | 18,323.14 | 18,323.14 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 20.00h

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*